ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

(2)

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )    MAGISTRATE CASE NO. 05-00028
                                      )
11                   Plaintiff,       )
                                      )
12         vs.                        )    APPLICATION AND ORDER
                                      )    TO SEAL RECORD
13                                    )
   SEAN MICHAEL COLE                  )
14 a/k/a SHAWN COLE,                  )
   GILBERT JOSE MATTA, and            )
15 JESSICA ROSE MESA,                 )
                                      )
16                   Defendants.      )
   _____ )

17

18        The United States moves this Honorable Court for an order sealing the record in the

19 above-entitled case for the reason that further investigation is still pending in another criminal

20 matter, which may be hindered by making this cause available for public scrutiny.

21        Respectfully submitted this  18th  day of May, 2005.

22                                         LEONARDO M. RAPADAS
                                          United States Attorney
23                                        Districts of Guam and NMI

24                                 By:    _____
                                          MARIVIC P. DAVID
25                                        Assistant U.S. Attorney

26        IT IS SO ORDERED this  18th  day of May, 2005.

27

28                                        _____
                                          JOAQUIN V. E. MANIBUSAN, JR.
                                          Magistrate Judge
                                          District Court of Guam