DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN MICHAEL COLE,<br>aka SHAWN COLE,<br>GILBERT JOSE MATTA, and<br>JESSICA ROSE MESA,<br><br>Defendants. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00028<br><br>O R D E R |

IT IS HEREBY ORDERED that **CURTIS C. VAN DE VELD** is appointed to represent defendant **SEAN MICHAEL COLE, aka SHAWN COLE, LOUIE J. YANZA** is appointed to represent defendant **GILBERT JOSE MATTA**, and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **JESSICA ROSE MESA** in the above-entitled case *nunc pro tunc* to May 18, 2005.

Dated this 19th day of May, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM