ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN MICHAEL COLE <br> a/k/a SEAN COLE, <br> GILBERT JOSE MATTA, and <br> JESSICA ROSE MESA, <br><br> Defendants. | MAGISTRATE CASE NO. 05-00028 <br><br> **APPLICATION AND ORDER TO UNSEAL RECORD** |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 26th day of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**IT IS SO ORDERED** this 27th day of July, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUL 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM